AO93(Rev 5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

1418 22nd Street, South East
Apartment 4, Washington, D.C.

FILED
DEC 21 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### SEARCH WARRANT

CASE NUMBER: 07 - 670 - M - 01

TO: __John Lauer__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent John Lauer_ who has reason to believe that
(name, description and or location)

within the premises known as 1418 22nd Street, South East Apartment 4, Washington, D.C.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

☐ ☐ ☐ records, documents and other evidence fruits and instumentalities of crime as further described in Attachment A to the Affidavit

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant. PROVIDED THAT: the execution of this warrant is contingent on the occurrence of the controlled delivery as described in the affidavit incorporated herein. If this condition is not satisfied, then this warrant shall not be executed.

**YOU ARE HEREBY COMMANDED** to search on or before _December 30, 2007_
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☐ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

DEC 20 2007 _____ at Washington, D.C.

Date and Time Issued

| JOHN M. FACCIOLA | *[signature]* |
| --- | --- |
| U.S. MAGISTRATE JUDGE | |
| Name and Title of Judicial Officer | Signature of Judicial Officer |

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

AO 109 (2/90) Seizure Warrant

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| 20 DEC 2007 | 20 DEC 2007 / 1700 | MARGARET STOVER |

INVENTORY MADE IN THE PRESENCE OF   JOHN LAUER

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

2 - Cell phone
1 - Body Clean-up kit
1 - Bag of Misc. Documents
1 Gram - Crack Rocks
4X - Ammunition (2 x .38)(1 x 7.62)(2 x .308)
2 - Drug Paraphernalia items

1 - Gun, Jennings Firearm, Bryco Arms
Serial # - 880101

1 - Package containing 497 grams heroin. Package was retrieved from vehicle outside of residence. (Pick-up vehicle)

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_____

**FILED**

DEC 21 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Subscribed, sworn to, and returned before me this date.

_____          2/21/07
U.S. Judge or U.S. Magistrate Judge          Date